# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

# CHARLESTON DIVISION

| | |
|---|---|
| Tameika Guest, as next friend of J.G., her minor son, ) ) ) | C/A #: 2:14-cv-03534-DCN |
| Plaintiff, ) ) | |
| v. ) ) | **ORDER APPROVING MINOR SETTLEMENT** |
| Charleston County School District, ) ) | |
| Defendant. ) ) | |

This matter comes before the Court upon the petition of Tameika Guest, as the Petitioner and Guardian ad litem for J.G., a minor under the age of eighteen years old, for approval of a settlement arising out of injuries she claims her son received as a result of the alleged racially hostile environment which he claims to have been subjected to by the students from in or around August, 2013 to on or about November 8, 2013 while he attended Jerry Zucker Middle School of Science, a school in the Charleston County School District, all of which the Defendant denies.

The Court has been advised that Petitioner is represented by Lawrence C. Kobrovsky, Esquire. The Charleston County School District is represented by Kassi B. Sandifer. It appears that all necessary parties have been joined to this action, and the Court does have jurisdiction to rule on this matter.

The Court now has been advised by the parties that the Petitioner has negotiated with the Defendants for the purpose of settling any and all claims, including claims for attorney's fees, of every nature arising out of the aforementioned events, and after careful consideration, has agreed

to accept Ten Thousand Dollars ($10,000) payable from the South Carolina School Board Insurance Trust in full settlement of this action. The Court has also been advised that the offer to settle this matter by the Defendants in the amount of Ten Thousand Dollars ($10,000) is a fair, just and equitable offer under all of the circumstances herein, and further, that the said offer is advantageous to and adequately protects the interests of the incapacitated person and should be approved by this Court. The settlement funds shall be distributed as follows:

| | |
|---|---|
| ATTORNEYS FEE | $1,845.84 |
| LITIGATION COSTS | $654.16 |
| TOTAL DISBURSEMENT | $10,000.00 |

The net settlement proceeds of $7,500.00 will be made payable to Tameika Guest as Guardian *ad Litem* for J.G. and Lawrence C. Kobrovsky, their attorney.

Thus, in accordance with S.C. Code Ann. § 62-5-433, and it further appearing that the offers of settlement are fair, just, and equitable offers and should be approved by this Court, it is,

ORDERED, ADJUDGED AND DECREED that Tameika Guest as Guardian *ad Litem* is hereby authorized and directed to accept the offer of compromise and settlement for the benefit of J.G., a minor under the age of eighteen, and to execute and deliver a full and final Release, which is binding upon the Petitioner, the minor person and their heirs, successors and assigns, forever releasing and discharging the Defendant, its insurance companies, their agents, servants, employees, former employees and their heirs, successors and assigns, and all other persons, firms, governmental entities, and corporations of and from all claims, known or unknown, foreseen and unforeseen injuries, any lost wages and medical expenses, mental anguish, pain and suffering, any treatment, and any other damages of any kind incurred or suffered by the minor person, J.G., and any and all other claims which Tameika Guest, as Guardian *ad Litem* and

2

Petitioner for J.G., now and hereafter has as a result the injuries J.G. received that was the subject of this litigation.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Tameika Guest, as Petitioner and Guardian ad Litem for J.G., shall abide by all applicable laws regarding the distribution of these assets and proceeds of these settlements.

**AND IT IS SO ORDERED.**

_____
The Honorable David C. Norton

Charleston, South Carolina
June 28, 2016

3